UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT LEROY MCCOY #55949/412412 | CIVIL ACTION NO. 19-1066 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JULIAN WHITTINGTON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Now before the Court is a motion to appoint an expert [Record Document 75], filed by Plaintiff Robert McCoy. In his motion, Plaintiff requests for the Court to appoint him an expert witness because he is a *pro se* litigant. However, on April 20, 2021, the Court issued an order appointing counsel for Plaintiff. [Record Document 74]. Therefore, Plaintiff can discuss the need for an expert with his attorneys. If counsel deems the appointment of an expert witness is warranted, they can file an appropriate motion with the Court. As such, Plaintiff's motion [Record Document 75] is **DENIED as moot with the right to reurge**.

**THUS DONE AND SIGNED** this 28th day of April, 2021.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE